**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | CASE NO.: 7:22-CR-19 (WLS-TQL-1) |
| : | |
| ERIC DWAYNE WILLIAMS., : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

In reviewing the case in anticipation of the revocation hearing currently set for January 9, 2024, it has come to the Court's attention that a Motion for Protective Order (Doc. 35) is pending. The Court has deferred ruling on the Motion for Protective Order pending Defendant's response. To date, Defendant has not done so. However, the pendency of that Motion suggests that the Parties have not exchanged discovery in the case, making a revocation hearing potentially premature.

Accordingly, the Parties are **ORDERED** to respond in writing on the docket, either jointly or separately, no later **5:00 P.M. on January 7, 2025,** informing the Court whether discovery in the case has been exchanged and, if not, whether the Court can meaningfully proceed with Defendant's revocation hearing as scheduled. If the Court cannot meaningfully proceed, the Parties are **ORDERED** to file a motion to continue, if justified, contemporaneously.

**SO ORDERED**, this 6th day of January 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**