IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:22-CR-19 (WLS-ALS -1) |
| | : |
| ERIC DWAYNE WILLIAMS., | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

Before the Court is the Parties Revised Joint Motion for Protective Order Regarding Disclosure of Discovery Materials (Doc. 44) ("the Motion"). Therein, the Parties move under Fed. R. Crim. P. 16(d) for the Court to enter their Proposed Protective Order (Doc. 44-1) contending good cause exists for such an order to protect sensitive issues in the discovery materials. For good cause shown, the Motion (Doc. 35) is **GRANTED**. The Government's Proposed Protective Order (Doc. 44) is **ACCEPTED**, **ADOPTED**, and made the Order of the Court.

Additionally, the Government's initial Motion for Protective Order (Doc. 35) is **DENIED-AS-MOOT**.

**SO ORDERED**, this 24th day of January 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1